UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 09-cr-00140-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CIPRIANO ENCINIA,

       Defendant.

_____

### ORDER RESETTING HEARING
_____

       **THIS MATTER** comes before the Court *sua sponte*. The Final Pretrial Conference set for 3:30 p.m. on Friday, June 12, 2009 is **RESET** to **9:30 a.m.** on that same date.

       Dated this 9th day of June, 2009

                                           **BY THE COURT:**

                                           */s/ Marcia S. Krieger*
                                           _____

                                           Marcia S. Krieger
                                           United States District Judge