UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 09-cr-00140-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CIPRIANO ENCINIA,

        Defendant.

## JUDGMENT OF ACQUITTAL

Pursuant to the jury's verdict dated June 18, 2009,

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant Cipriano Encinia is **ACQUITTED** on all Counts. His bond is exonerated.

Dated this 19th day of June, 2009

**BY THE COURT:**

_Marcia S. Krieger_
_____

Marcia S. Krieger
United States District Judge